1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5977
     Fax:  (415) 703-1234
8    Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON J. PAYNE,**<br><br>                           Petitioner,<br><br>      v.<br><br>**JOE MCGRATH, Warden,**<br><br>                           Respondent. | C 07-4712 JSW (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION** |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 30-day enlargement of time until May 28, 2008, within which to answer the petition for writ of habeas corpus in this case or file any other appropriate motion.  As explained in the declaration, counsel for respondent has obtained the state court appellate record and is preparing it for lodging, but has been burdened by earlier-assigned cases and three cases reassigned to counsel for respondent on an emergency basis.  A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

///

///

///

Application for Enlargement of Time                                           *Jason J. Payne v. Joe McGrath, Warden*
                                                                                                         C 07-4712 JSW (PR)

1 | WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2 | to and including May 28, 2008, in which to file the answer.

3 | Dated: April 28, 2007

4 | Respectfully submitted,

5 | EDMUND G. BROWN JR.
Attorney General of the State of California

6 | DANE R. GILLETTE
Chief Assistant Attorney General

7 | GERALD A. ENGLER
Senior Assistant Attorney General

8 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

11 | /s/ Catherine A. Rivlin

12 | _____
CATHERINE A. RIVLIN
Supervising Deputy Attorney General
Attorneys for Respondent

paynefheot2req.wpd
SF2008400415

Application for Enlargement of Time                     *Jason J. Payne v. Joe McGrath, Warden*
                                                         C 07-4712 JSW (PR)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Jason J. Payne v. Joe McGrath, Warden*        No.: **C 07-4712 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 28, 2008</u>, I served the attached:

**1. APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION;
2. DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jason J. Payne
SPN# V-26575
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 28, 2008, at San Francisco, California.

|  |  |
|---|---|
| J. Espinosa | /s/ J. Espinosa |
| Declarant | Signature |

paynefheot2pos.wpd
SF2008400415