**FILED**
MAY 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. PAYNE, | C 07-4712 JSW (PR) |
| Petitioner, | **ORDER** |
| v. | |
| JOE MCGRATH, Warden, | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 28, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

**IT IS SO ORDERED.**

Dated: MAY 0 6 2008

JEFFREY S. WHITE
United States District Judge

[Proposed] Order

Jason J. Payne v. Joe McGrath, Warden
Case No. C 07-4712 JSW (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON PAYNE,

          Plaintiff,

v.

JOE MCGRATH et al,

          Defendant.

Case Number: CV07-04712 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Catherine Amy Rivlin
California Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Jason J. Payne
V26575
P.O. Box 7500
Lake Earl Drive
Crescent City, CA 95531-7000

Dated: May 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk