1    EDMUND G. BROWN JR.
     Attorney General of the State of California
2    DANE R. GILLETTE
     Chief Assistant Attorney General
3    GERALD A. ENGLER
     Senior Assistant Attorney General
4    PEGGY S. RUFFRA
     Supervising Deputy Attorney General
5    CATHERINE A. RIVLIN, State Bar No. 115210
     Supervising Deputy Attorney General
6     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
7     Telephone:  (415) 703-5977
      Fax:  (415) 703-1234
8     Email:  Catherine.Rivlin@doj.ca.gov
     Attorneys for Respondent
9

10                   IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   **JASON J. PAYNE,**                          C 07-4712 JSW (PR)

14                                Petitioner,     **APPLICATION FOR**
                                                  **ENLARGEMENT OF TIME**
15            **v.**                              **TO FILE ANSWER OR**
                                                  **RESPONSIVE MOTION**
16   **JOE MCGRATH, Warden,**

17                                Respondent.

18

19           For the reasons stated in the accompanying declaration of counsel, respondent hereby

20   requests a 14-day enlargement of time until June 12, 2008, within which to answer the petition for

21   writ of habeas corpus in this case or file any other appropriate motion.  As explained in the

22   declaration, counsel for respondent has obtained the state court record and is preparing it for

23   lodging, has drafted the answer and notice of lodging and is working on the memorandum of points

24   and authorities, but has been burdened by earlier-assigned cases and five cases reassigned to counsel

25   for respondent on an emergency basis.  A stipulation has not been sought because petitioner is an

26   incarcerated state prisoner who is representing himself.

27   ///

28   ///

Application for Enlargement of Time                    *Jason J. Payne v. Joe McGrath, Warden*
                                                       C 07-4712 JSW (PR)

                                    1

1    WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

2   time to and including  June 12, 2008, in which to file the answer.

3    Dated:  May 28, 2008

4    Respectfully submitted,

5    EDMUND G. BROWN JR.
    Attorney General of the State of California

6    DANE R. GILLETTE
    Chief Assistant Attorney General

7

8    GERALD A. ENGLER
    Senior Assistant Attorney General

9    PEGGY S. RUFFRA
    Supervising Deputy Attorney General

10

11

12    /s/ Catherine A. Rivlin

13    _____
    CATHERINE A. RIVLIN
    Supervising Deputy Attorney General

14    Attorneys for Respondent

15
    paynefheot3req.wpd

16    SF2008400415

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Jason J. Payne v. Joe McGrath,Warden**              No.:  **C 07-4712 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 28, 2008</u>, I served the attached:

**1.  APPLICATION FOR ENLARGEMENT OF TIME TO
FILE ANSWER OR RESPONSIVE MOTION;
2.  DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Jason J. Payne
SPN# V-26575
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 28, 2008, at San Francisco, California.

|                    |                        |
|--------------------|------------------------|
| J. Espinosa        | /s/ J. Espinosa        |
| Declarant          | Signature              |

paynefheot3pos.wpd
SF2008400415