1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   **JASON J. PAYNE,**                              C 07-4712 JSW (PR)

11                                  Petitioner,       **ORDER**

12             **v.**

13   **JOE MCGRATH, Warden,**

14                                  Respondent.

15

16         GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June

17   12, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus.

18   Petitioner may file and serve a traverse, if any,  within thirty (30) days of his receipt of the answer.

19   He may file and serve an opposition or statement of non-opposition within thirty (30) days of his

20   receipt of a motion to dismiss, if any.

21         **IT IS SO ORDERED.**

22   Dated: _____

23                                              _____

24                                              JEFFREY S. WHITE
                                                United States District Judge
25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Jason J. Payne v. Joe McGrath, Warden**                No.: **C 07-4712 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 28, 2008</u>, I served the attached:

**1.  APPLICATION FOR ENLARGEMENT OF TIME TO
FILE ANSWER OR RESPONSIVE MOTION;
2.  DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jason J. Payne
SPN# V-26575
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 28, 2008, at San Francisco, California.

|  |  |
|---|---|
| J. Espinosa | /s/ J. Espinosa |
| Declarant | Signature |

paynefheot3pos.wpd
SF2008400415