1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. PAYNE,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JOE MCGRATH, Warden,<br><br>　　　　Respondent. | No. C 07-4712 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PETITION**<br><br>(Docket No. 10) |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. On July 7, 2008, Petitioner filed a motion seeking an extension of time to file an opposition to Respondent's motion to dismiss the petition. Good cause appearing, his request for an extension of time is GRANTED (docket no. 10). Petitioner shall file his opposition on or before forty five days from the date of this order.

IT IS SO ORDERED.

DATED:  07/15/08

_____
JEFFREY S. WHITE
United States District Judge