**FILED**

MAY 07 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED

MAY 07 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO YOUNG,<br><br>                     Petitioner,<br><br>v.<br><br>JOE MCGRATH, WARDEN,<br><br>                     Respondent. | C 07-3905 JSW (PR)<br><br>[Proposed] ORDER<br><br>(Docket No. 10) |
| JASON PAYNE,<br><br>                     Petitioner,<br><br>v.<br><br>JOE MCGRATH, WARDEN,<br><br>                     Respondent. | C 07 4712 JSW (PR) |

GOOD CAUSE APPEARING, the cases of *Young v. McGrath*, C 07-3905 JSW (PR) and *Payne v. McGrath*, C 07-4712 JSW (PR) are related under case number C 07-3905 JSW (PR). Respondent shall file with the Court and serve on Petitioners an answer (or responsive motion) addressing both matters on April 18, 2009. Petitioners may each file and serve a traverse, if any,

within 30 days of receipt of the answer. Petitioners may file and serve an opposition or statement of non-opposition within 30 days of receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

DATED: __MAY 0 7 2009__

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TORIANO YOUNG,                                    Case Number: CV07-03905 JSW

    Plaintiff,

v.

JOE MCGRATH et al,

    Defendant.
_____/

JASON PAYNE                                        Case Number: CV-07-04712 JSW

    Plaintiff,

v.                                                 **CERTIFICATE OF SERVICE**

JOE MCGRATH et al,

    Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toriano Young
V30104
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Jason J. Payne
V26575
CSP Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: May 7, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk